JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmad Bonner,<br><br>         Plaintiff,<br>vs.<br><br>City of Los Angeles; and DOES 1 through 10 inclusive,<br><br>         Defendants. | Case No.: 2:24-cv-10606-AB-KSx<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to the Parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed in its entirety, with prejudice, as against all Defendants including its past, present, and future officers, supervisors, directors, attorneys, employees, agents, employees, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendants are now, have been, or may hereafter be affiliated. Each party waives all claims for attorney's fees and costs under 42 U.S.C. § 1988, and any other provision of law.

**IT IS SO ORDERED.**

DATED: August 4, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE